FILED

NOT FOR PUBLICATION

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

APR 25 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 10-10270 |
| Plaintiff - Appellee, | D.C. No. 1:08-cr-00023-OWW |
| v. | |
| DARYL CURTIS GLENN, | MEMORANDUM[*] |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the Eastern District of California
Oliver W. Wanger, District Judge, Presiding

Submitted April 17, 2012[**]

Before:    LEAVY, PAEZ, and BEA, Circuit Judges.

Daryl Curtis Glenn appeals from his jury conviction and 180-month

sentence for two counts of receipt or distribution of material involving the sexual

exploitation of minors, in violation of 18 U.S.C. § 2252(a)(2).  Pursuant to *Anders*

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  *See* Fed. R. App. P. 34(a)(2).

*v. California*, 386 U.S. 738 (1967), Glenn's counsel has filed a brief stating there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Glenn the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Our independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 80-81 (1988), discloses no arguable grounds for relief on direct appeal.

Counsel's motion to withdraw is **GRANTED**, and the district court's judgment is **AFFIRMED.**